CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 06 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| N'NEKA HENDERSON, | CASE NO. 7:16CV00398 |
| Plaintiff, | |
| v. | FINAL ORDER |
| PAUL RICE, ET AL., | By: Glen E. Conrad |
| | Chief United States District Judge |
| Defendant(s). | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this action is **DISMISSED** without prejudice for failure to prosecute, see Fed. R. Civ. P. 41(b); the defendants' motions (ECF Nos. 24 and 27) are **DISMISSED** without prejudice; and the clerk will **STRIKE** the case from the active docket of the court.

ENTER: This 6th day of February, 2017.

_____
Chief United States District Judge